NUMBER 13-00-421-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


KENNETH W. BAKER, INDIVIDUALLY,

AND KENNETH W. BAKER, D.D.S., P.C.
, Appellants,


v.



MARC S. YASONI
, Appellee.

____________________________________________________________________


On appeal from the 92nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellants, KENNETH W. BAKER, INDIVIDUALLY, AND KENNETH
W. BAKER, D.D.S., P.C., perfected an appeal from a judgment entered
by the 92nd District Court of Hidalgo County, Texas, in cause number
C-3662-98-A. After the clerk's record was filed, appellants filed a
motion to dismiss the appeal. In the motion, appellants state that this
case has been resolved and appellants no longer wish to prosecute this
appeal. Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 28th day of September, 2000.